UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Melodie Becker, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 05-4052 |
| | ) | |
| United States of America, | ) | |
| Defendant | ) | |

**ORDER**

    This case has been settled by the parties, and the settlement on behalf of estate of MAB has been approved by the appropriate state court. A copy of that approval has been filed with this court.
    Jurisdiction to enforce the settlement agreement is hereby retained. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 379-88 (1994). The parties are directed to file a stipulation upon payment of the settlement amount.

    ENTER this 8th day of August 2006.

    s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE